**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Pars Properties, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Golden Corral** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-3040860** |
| 4. | Debtor's address | **Principal place of business**<br><br>**8153 Lake Serene Drive**<br>**Orlando, FL 32836**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**10753 S US Hwy 1 Port St. Lucie, FL 34952**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: |

Debtor   **Pars Properties, LLC**   Case number (*if known*)
Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship to you |
    |---|---|---|
    | District | When | Case number, if known |

Debtor  **Pars Properties, LLC**          Case number (*if known*)
          Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                        Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **Pars Properties, LLC**                                             Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2016**
              MM / DD / YYYY

X _____/s/_____       **Hossein Olama**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

X _____/s/_____       Date **March 11, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**R Scott Shuker**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**    Email address _____

**984469**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Pars Properties, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Art-Kraft Sign Company, Inc. 2675 Kirby Circle Palm Bay, FL 32905 | | Trade Debt | | | | $1,770.44 |
| BB&T P.O. Box 2322 Lumberton, NC 28359 | | Credit Card | | | | $51,256.08 |
| City of Port St. Lucie Utility Systems Dept. P.O. Drawer 8987 Port St. Lucie, FL 34985-8987 | | Utility | | | | $4,693.80 |
| Coastal Equipment Company 130 Coastal Lane Jacksonville, NC 28546 | | Trade Debt | | | | $1,117.17 |
| Dar Pro | | Trade Debt | | | | $1,500.00 |
| EcoSure P.O. Box 6009 Grand Forks, ND 58206-6009 | | Trade Debt | | | | $636.30 |
| Florida City Gas P.O. Box 11812 Newark, NJ 07101-8112 | | Utility | | | | $2,852.85 |
| Florida Dept of Revenue 337 N. US Highway 1 Suite 207-B Fort Pierce, FL 34950-4255 | | Taxes | | | | $3,071.46 |

Debtor    **Pars Properties, LLC**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Power & Light Co.<br>General Mail Facility<br>Miami, FL 33188-0001 | | Utility | | | | $7,096.77 |
| Gerelco Electrical Cont, Inc<br>560 NW Enterprise Drive<br>Port St. Lucie, FL 34986 | | Vendor | | | | $666.00 |
| Kelly's Foods, Inc.<br>P.O. Box 770187<br>Winter Garden, FL 54777-0187 | | Trade Debt | | | | $1,545.03 |
| Meeks Plumbing, Inc.<br>5555 US Highway 1, Ste. 1<br>Vero Beach, FL 32967 | | Vendor | | | | $1,548.27 |
| Muzak of West Palm Beach<br>P.O. Box 534558<br>Atlanta, GA 30353-4558 | | Trade Debt | | | | $573.96 |
| NuCo2, Inc.<br>P.O. Box 9011<br>Stuart, FL 34995 | | Trade Debt | | | | $472.72 |
| Restaurant Data Concept Inc.<br>491 Kilvert St.<br>Warwick, RI 02886 | | Trade Debt | | | | $883.23 |
| Restaurant Technologies Inc.<br>12962 Collections Center Dr.<br>Chicago, IL 60693 | | Trade Debt | | | | $1,321.21 |
| Rust Tech Services, LLC<br>P.O. Box 2288<br>Jupiter, FL 33468-2288 | | Trade Debt | | | | $800.00 |
| South East Cutlery Service<br>407 E. Prospect Road<br>Oakland Park, FL 33334 | | Trade Debt | | | | $888.00 |

Debtor  **Pars Properties, LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Taylor Ultimate Service Co.<br>1780 N Commerce Parkway<br>Weston, FL 33326 | | Trade Debt | | | | $645.44 |
| Waste Pro - Ft. Pierce<br>P.O. Box 865185<br>Orlando, FL 32886-5185 | | Utility | | | | $1,972.30 |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Pars Properties, LLC**                                    Case No.
                                    Debtor(s)                      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hossein Olama<br>8153 Lake Serene Drive<br>Orlando, FL 32836 | | | 100% Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 11, 2016**                         Signature   *Hossein Olama*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Pars Properties, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 11, 2016**

**Hossein Olama/Manager**  
Signer/Title

Pars Properties, LLC
8153 Lake Serene Drive
Orlando, FL 32836

Kelly Foods, Inc.
P.O. Box 770187
Winter Garden, FL 54777-0187

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

EcoSure
P.O. Box 6009
Grand Forks, ND 58206-6009

Mark S. Mitchell, Esq.
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL 32207

Art-Kraft Sign Company, Inc.
2675 Kirby Circle
Palm Bay, FL 32905

Fire Equipment Services
434 North 7th Street
Ft. Pierce, FL 34950

Meeks Plumbing, Inc.
5555 US Highway 1, Ste. 1
Vero Beach, FL 32967

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Florida City Gas
P.O. Box 11812
Newark, NJ 07101-8112

Muzak of West Palm Beach
P.O. Box 534558
Atlanta, GA 30353-4558

BB&T
P.O. Box 2322
Lumberton, NC 28359

Florida Dept of Revenue
337 N. US Highway 1
Suite 207-B
Fort Pierce, FL 34950-4255

NuCo2, Inc.
P.O. Box 9011
Stuart, FL 34995

Bennett Uniform
Manufacturing Inc.
4377 Federal Drive
Greensboro, NC 27410

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Pepsi-Cola
P.O. Box 75948
Chicago, IL 60675-5948

CarpetMasters USA, Inc.
5458 NW Boydga Ave
Port St. Lucie, FL 34986

Florida Power & Light Co.
General Mail Facility
Miami, FL 33188-0001

Percival Advertising
2831 Van Huron Dr.
Raleigh, NC 27615

City of Port St. Lucie
Utility Systems Dept.
P.O. Drawer 8987
Port St. Lucie, FL 34985-8987

Gerelco Electrical Cont, Inc
560 NW Enterprise Drive
Port St. Lucie, FL 34986

Red Book Solutions

Coastal Equipment Company
130 Coastal Lane
Jacksonville, NC 28546

Golden Corral Franchising
Systems, Inc.
P.O. Box 29502
Raleigh, NC 27626

Restaurant Data Concept Inc.
491 Kilvert St.
Warwick, RI 02886

Comp U.S., Inc.
1863 Banks Road
Margate, FL 33063

Hossein Olama
8153 Lake Serene Drive
Orlando, FL 32836

Restaurant Technologies Inc.
12962 Collections Center Dr.
Chicago, IL 60693

Rust Tech Services, LLC
P.O. Box 2288
Jupiter, FL 33468-2288

Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104

Small Business Admin.
100 S. Biscayne Blvd.
Suite 1005
Miami, FL 33131

WorldPay US, Inc.
600 Morgan Falls Road
Atlanta, GA 30350

South East Cutlery Service
407 E. Prospect Road
Oakland Park, FL 33334

Summitbridge Inv. Mgmt, LLC
1700 Lincoln St., Ste. 2150
Denver, CO 80203

Taylor Ultimate Service Co.
1780 N Commerce Parkway
Weston, FL 33326

The Olama Corporation
8153 Lake Serene Drive
Orlando, FL 32836

Thomas Accounting Group LLC
Attn: Joann thomas
924 N Magnolia Ave., Ste 130
Orlando, FL 32803

UniFirst Corporation
7321 Commercial Circle
Fort Pierce, FL 34951

United Dispenser Service Inc
6500 NW 16th St., Ste. 2
Plantation, FL 33313

Waste Pro - Ft. Pierce
P.O. Box 865185
Orlando, FL 32886-5185